IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RICKY CRAIG BROOKS,

        Plaintiff,

v.                              CIVIL ACTION NO. 3:06-0245

CITY NATIONAL BANK, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **GRANTS** Plaintiff's motion to dismiss (Doc. #59) and **DISMISSES** this action.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

        ENTER:     August 20, 2009

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE